IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MICHAEL STICKLEY                                                                PETITIONER
ADC #120472

V.                              5:14-cv-00327-SWW-JTK

WENDY KELLEY, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

On March 2, 2015, the Court entered an order allowing Petitioner to file a reply brief regarding his petition for a writ of habeas corpus within thirty days. (Doc. No. 10.) Petitioner responded that he never received the Director's response to his petition. (Doc. No. 11.) Therefore, the Clerk shall re-serve the Petitioner with a copy of the Director's response brief (Doc. No. 4), and Petitioner shall have thirty (30) days from the date of this order to reply to the Director's response.

IT IS SO ORDERED this 13th day of March, 2015.

_____
United States Magistrate Judge