IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MICHAEL STICKLEY                                                        PETITIONER
ADC #86725

v.                        Case No. 5:14-cv-00327-SWW-JTK

WENDY KELLEY, Director,                                                       RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). The Court certifies that an appeal *in forma pauperis* would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 13th day of May 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE