IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MICHAEL STICKLEY                                           PETITIONER
ADC #86725

v.                Case No. 5:14-cv-00327-SWW-JTK

WENDY KELLEY, Director,                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 13th day of May 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE